1028

[No. 1070-2. Division Two. October 24, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE E. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 7443, John N. Skimas, J., entered April 5, 1973. *Remanded for new trial* by unpublished per curiam opinion.

[No. 2587-1. Division One. October 28, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE EDWARD LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 63649, Frank D. Howard, J., entered September 18, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Callow, JJ.

[No. 2618-1. Division One. October 28, 1974.]

THE CITY OF SEATTLE, *Respondent*, v. DEXTER HERBERT AUSTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 64675, Frank H. Roberts, Jr., J., entered October 19, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by Horowitz and James, JJ.

[No. 969-3. Division Three. October 31, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY GEORGE SUMMERS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 3037, James J. Lawless, J., entered October 5, 1973. *Affirmed* by unpublished per curiam opinion.